UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA    :    CRIM. NO. 12-131(SRC)

v.    :

MICHELLE MASSARO    :    ORDER

---

This matter having been opened to the Court upon application of Richard J. Verde, attorney for Defendant, Michelle Massaro, and Paul J. Fishman, United States Attorney for the District of New Jersey (Randall Cook, Assistant U.S. Attorney appearing) for an Order to allow Michelle Massaro to have a copy of her United States Passport that is presently in possession of Pre-Trial Services and with the consent of Randall Cook, Assistant U.S. Attorney that Michelle Massaro shall be allowed to have a copy of her United States Passport and for good cause shown;

It is on this ____ day of _____, 2012

**ORDERED** that Pre-Trial Services shall provide a copy of the United States Passport of Michelle Massaro to Michelle Massaro through her Attorney Richard J. Verde as soon as conveniently possible;

**ORDERED** that all other conditions of bail shall be maintained.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE