UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 12-131 |
| MICHAEL CALABRETTA, et. al. | : | O R D E R |

This matter having been opened to the Court in the presence of the parties, Paul J. Fishman, United States Attorney for the District of New Jersey (Randall Cook, Assistant U.S. Attorneys, appearing), and defendants Michael Calabretta (John Meringolo, Esq., appearing), Kenneth Martin (Darren Gelber, Esq., appearing), and Michelle Massaro (Richard Verde, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the number of related defendants and nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. Additional scientific analysis is needed for certain electronic and forensic evidence in this case, and failure to grant a continuance would deny counsel for defendants and the Government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence;

3. That discovery in this case includes voluminous records, requiring additional time for counsel to analyze and prepare;

4. That Mr. Meringolo recently entered the case on behalf of defendant Calabretta and requires time to analyze materials;

5. That plea negotiations between the parties are on-going and may result in resolution without need for trial;

6. That the failure to grant a continuance would unreasonably deny the parties continuity of counsel and forum;

7. That one continuance has previously been entered by this Court with respect to this matter; and

8. That the ends of justice served by a continuance of the trial date in this matter until December 1, 2012 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 15 day of May, 2012,

ORDERED that the period of time from May 15, 2012 through December 1, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1. The Defendants shall file pre-trial motions on or before August 3, 2012;

       2.   The Government shall respond to pretrial motions on or before August 24, 2012;

       3.   Defendants shall file any reply papers on or before August 31, 2012;

       4.   Hearings, if any, on pre-trial motions, shall be on 9/5/2012 @ 10:00 am

_____
HON. STANLEY R. CHESLER
United States District Judge

Signed for the Parties:

_____
RANDALL H. COOK
Assistant U.S. Attorney



_____
JOHN MERINGOLO, Esq.
Counsel for Michael Calabretta

*/s/ Darren Gelber*
_____
DARREN GELBER, Esq.
Counsel for Kenneth Martin



_____
RICHARD VERDE, Esq.
Counsel for Michelle Massaro

4

Signed for the Parties:

_____
RANDALL H. COOK
Assistant U.S. Attorney

*[signature]*

_____
JOHN MERINGOLO, Esq.
Counsel for Michael Calabretta

_____
DARREN GELBER, Esq.
Counsel for Kenneth Martin

_____
RICHARD VERDE, Esq.
Counsel for Michelle Massaro

Signed for the Parties:

_____
RANDALL H. COOK
Assistant U.S. Attorney


_____
JOHN MERINGOLO, Esq.
Counsel for Michael Calabretta


_____
DARREN GELBER, Esq.
Counsel for Kenneth Martin

_____/s/ Richard T. Verde_____  May 10, 2012
RICHARD VERDE, Esq.
Counsel for Michelle Massaro

4